# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Orlando Rivadeneira    JOINT DEBTOR:                    CASE NO.:
Last Four Digits of SS# 3319          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1417.83 for months 1 to 60; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3650 + $2500 (MMM) + $775 = 6925 TOTAL PAID $ 2000
                  Balance Due   $ 4925 payable $ 98.50/month (Months 1 to 50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Fay Servicing
Address: POB 619063
Dallas, TX 75261                     MMM Payment       $ 959.53/month (Months 1 to 60)
Account No: xxxx3917

2. Segovia Condominium Association II
Address: c/o Association Law Group   Regular payment   $ 152.00/month (Months 1 to 60)
POB 311059
Miami, FL 33231
Account No: 8077

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Segovia Condominium Association, II C/o Association Law Group, POB 311059 Miami, FL 33231 | 1221 SW 122 Avenue #217, Miami, FL 33184  $115,000 | 0% | $0.00 | None | Strip off arrearages |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                    Total Due $
                           Payable  $          /month (Months     to     ) Regular Payment $

Unsecured Creditors: Pay $ 66.02/month (Months 1 to 50) and Pay $ 164.52/month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                          Joint Debtor
Date: 08-07-2015                                 Date:

LF-31 (rev. 01/08/10)