IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA - MIAMI

In Re:                                              Case No. 15-24289-LMI

ORLANDO RIVADENEIRA,                                Chapter 13

      Debtor.

### REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as indenture trustee for ARLP Securitization Trust, Series 2015-1 and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Alice Blanco<br>
ALDRIDGE PITE, LLP<br>
Fifteen Piedmont Center<br>
3575 Piedmont Road, N.E., Suite 500<br>
Atlanta, GA 30305

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

  a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

  b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

  c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

  d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

  e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: December 7, 2015        ALDRIDGE PITE, LLP

                   /s/ Alice Blanco
                   Alice Blanco (SBN 450359)
                   ablanco@aldridgepite.com
                   Fifteen Piedmont Center
                   3575 Piedmont Road, N.E., Suite 500
                   Atlanta, GA 30305
                   Phone: (404) 994-7400
                   Fax: (888) 873-6147

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing REQUEST FOR SERVICE OF COPIES was served on December 7, 2015.  Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

Orlando Rivadeneira
1221 SW 122nd Avenue #217
Miami, FL 33184-2871

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012
305.687.8008
court@bankruptcyclinic.com

Nancy K. Neidich
POB 279806
Miramar, FL 33027
e2c8f01@ch13herkert.com

Office of the U.S. Trustee
51 Southwest First Avenue, Room 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2015             /s/ *Cecilia Alarcon*
                                    CECILIA ALARCON