Fill in this information to identify the case:

Debtor 1  Orlando Rivadeneira

Debtor 2 
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida

Case number  15-24289-LMI

Official Form 410S1
# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Segovia Condominium

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: ___ ___ ___ ___

Date of payment change:
Must be at least 21 days after date of this notice   03/01/16

New total payment:   $ 184.30 per month
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____     New escrow payment:  $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1 __Orlando__ _____ __Rivadeneira__  Case number (if known) __15-24289-LMI__
         First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _____  Date  2/4/16
  Signature

Print:  David Krempa                              Title  Attorney
        First Name   Middle Name   Last Name

Company  Association Law Group

Address  1200 Brickell Avenue, PH 2000
         Number       Street

         Miami                        FL      33131
         City                         State   ZIP Code

Contact phone  786-441-5564           Email  dkrempa@algpl.com