UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:

Orlando Rivadeneira
Debtor

Case No. 15-24289-LMI
Chapter 13

_____/

FEB 29 2016

## SEGOVIA CONDOMINIUM ASSOCIATION II, INC.
### NOTICE OF CHANGE OF ADDRESS

Creditor, Segovia Condominium Association II, Inc., hereby gives notice of the following change of address as follows:

**OLD ADDRESS**
POB 311059
MIAMI, FL 33231

**NEW ADDRESS**
SEGOVIA CONDOMINIUM ASSOCIATION II, INC.
1450 NW 87 AVENUE, SUITE 204
DOPAL, FL 33172

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via Electronic mail and U.S. Mail and on this 2⁴ day of February, 2016 to: Orlando Rivadeneira, c/o Robert Sanchez, Esq., at court@bankruptcyclinic.com and 355 W 49 Street, Hialeah, FL 33012; Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027 and C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128.

ASSOCIATION LAW GROUP, P. L.
*Attorneys for Creditor Segovia Condominium Association II, Inc.*

By: Luis R. Lasa III, Esq.
Fla. Bar No.: 56179
Primary E-mail: luis@algpl.com
Secondary E-mail: filings@algpl.com
P.O. Box 311059
Miami, Florida 33231
Telephone: (305) 938-6922
Facsimile: (305) 938-6914