**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
<u>**CHAPTER 13 PLAN (Individual Adjustment of Debts)**</u>
**<u>SECOND</u> Modified Plan**

DEBTOR: <u>Orlando Rivadeneira</u>    JOINT DEBTOR: _____    CASE NO.: <u>15-24289-LMI</u>
Last Four Digits of SS# <u>3319</u>    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of <u>34</u> months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $<u>1,449.41</u> for months <u>1</u> to <u>10</u>; in order to pay the following creditors:
  B.  $<u>86.90</u> for months <u>11</u> to <u>34</u>; in order to pay the following creditors:

<u>Administrative</u>:   Attorney's Fee - $ <u>3650 + $2500 (MMM) + $775 + $525 (motion to modify) = 7450</u>
TOTAL PAID $ <u>2000</u>   Balance Due $ <u>5450.</u> **Attorney agrees to accept: $4,780.25**
payable $ <u>98.50</u>/month (Months <u>1</u> to <u>10</u>)
payable $ <u>74.80</u>/month (Months <u>11</u> to <u>34</u>)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. <u>Fay Servicing</u>
Address: <u>P.O. Box 809441</u>
<u>Chicago, IL 60680</u>   MMM Payment   $ <u>959.53</u>/month (Months <u>1</u> to <u>10</u>)
Account No: <u>xxxx3917</u>

2. <u>Segovia Condominium Association II</u>
Address: <u>c/o Association Law Group</u>   Regular payment   $ <u>174.61</u>/month (Months <u>1</u> to <u>10</u>)
POB 31<u>1059</u>
Miami, FL 33231
Account No: <u>8077</u>

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Segovia Condominium Association, II C/o Association Law Group, POB 311059 Miami, FL 33231 | 1221 SW 122 Avenue #217, Miami, FL 33184  $115,000 | 0% | $0.00 | None | Strip off arrearages |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]
1. None _____   Total Due  $_____
<u>Unsecured Creditors</u>: Pay $ <u>170.65</u>/month (Months <u>1</u> to <u>10</u>), and Pay $ <u>3.41</u>/month (Months <u>11</u> to <u>34</u>).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

The debtor has filed a Verified Motion for Referral to MMM with <u>Fay Servicing</u> ("Lender"), loan number <u>xxxx3917</u>, for real property located at <u>1221 SW 122nd Avenue #217, Miami, FL 33184</u>. The Mediator entered a final report of MMM stating that an agreement was not reached. Debtor will surrender this property in the bankruptcy and treat this property directly with the creditor and outside the plan.

Other Provisions Not Included Above: None
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   <u>/s/ Robert Sanchez, Esq.</u>                        _____
Attorney for Debtor                            Joint Debtor
Date: <u>07/11/2016</u>                           Date: _____

LF-31 (rev. 01/08/10)