UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Division: Miami

CASE NO: 15-24289-BKC-LMI
CHAPTER 13

IN RE:
Orlando Rivadeneira,
                    DEBTOR(S).
_____/

<u>Ex-Parte Motion to Amend the Order Granting Motion To Modify Plan And Approving Second Modified Chapter 13 Plan dated August 23, 2016 (DE #47)</u>

Nancy K. Neidich, Chapter 13 Trustee moves this Court to Amend the Order Approving Second Modified Chapter 13 Plan as a Third Modified Chapter 13 Plan which corrects a typographical error has been filed.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following parties on the 11th day of October 2016.

_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
Miramar, Florida  33027-4166
Telephone: (954) 443-4402

COPIES FURNISHED TO:

Orlando Rivadeneira
1221 SW 122nd Avenue #217
Miami, FL 33184-2871

Robert Sanchez, Esq. (ECF)