

## ORDERED in the Southern District of Florida on October 13, 2016.

_____
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

```
             UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF FLORIDA
                  www.flsb.uscourts.gov
```

CASE NO: 15-24289-BKC-LMI
CHAPTER 13

IN RE:
Orlando Rivadeneira
              DEBTOR(S).
_____/

### Order Granting Trustee's Ex-Parte Motion to Amend the Order Granting Motion To Modify Plan And Approving Second Modified Chapter 13 Plan dated August 23, 2016 (DE #47)

THIS CASE came on before the Court ex-parte, it is
   ORDERED as follows:

1. The Ex-parte Motion to Amend the Order Granting Motion To Modify Plan and Approving Second Modified Chapter 13 Plan dated August 23, 2016 is granted.

2. The Order Granting Motion To Modify Plan and Approving Second Modified Chapter 13 Plan shall be amended so that all references in said Order to the Second Modified Chapter 13 Plan shall be changed to reference the "Third Modified" Chapter 13 Plan.

3. All other provisions of said order shall remain in full force and effect.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE,
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties immediately upon receipt thereof.